**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Angel GABINO–GONZALEZ,**
**Defendant–Appellant.**

No. 15–3362.

United States Court of Appeals, Eighth Circuit.

Submitted: March 22, 2016.

Filed: March 24, 2016.

Thomas J. Kangior, Assistant U.S. Attorney, Nancy A. Svoboda, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Plaintiff–Appellee.

Angel Gabino–Gonzalez, Taft, CA, pro se.

Jim K. McGough, McGough Law, P.C., Omaha, NE, for Defendant–Appellant.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Angel Gabino–Gonzalez directly appeals the sentence imposed by the district court[1] after he pled guilty to a drug offense, pursuant to a plea agreement containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Gabino–Gonzalez's sentence is unreasonable. After careful review, we enforce the appeal waiver. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir.2010) (*de novo* review); *United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.